JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
MATTHEW HARVILLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| MATTHEW HARVILLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ASTRUE,<br>　Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | 2:08-CV-00171-KJM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to 30 days from the date of this order. The extension is needed because plaintiff's attorney will be on vacation from the day following this request until September 8, 2008.

　　　This is the first extension.

Dated: August 21, 2008　　　　　　　　/s/   Jesse S. Kaplan

　　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1  Dated: August 21, 2008            /s/ per e-mail authorization
2                                    THEOPHUS REAGANS
                                     Special Assistant U.S. Attorney
3                                    Attorney for Defendant
4
5
6                                    ORDER
7
8        For good cause shown, the requested extension of plaintiff's time to file a motion for
9  summary judgment is extended to 30 days from the filed date of this order.
10       SO ORDERED.
11
12 Dated: August 25, 2008.
13
14                                              _____
15                                              U.S. MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28