**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MATTHEW HARVILLE**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **MATTHEW HARVILLE,** | **2:08-CV-00171-KJM** |
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF** |
| v. | |
| **MICHAEL ASTRUE,**<br>**Commissioner of Social Security,** | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended one week, to November 17, 2008.

This is the first extension.

Dated: November 10, 2008                          /s/   Jesse S. Kaplan
                                                  JESSE S. KAPLAN
                                                  Attorney for Plaintiff


Dated: November 10, 2008                          /s/ per e-mail authorization

                                                  THEOPHUS REAGANS
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

For good cause shown, the requested extension of plaintiff's time to file a reply brief is extended to November 17, 2008.

SO ORDERED.

Dated:  November 12, 2008.

_____
U.S. MAGISTRATE JUDGE

2